# Exhibit A

Electronically
**FILED**
by Superior Court of California, County of San Mateo
ON          7/18/2025
By_____ **/s/ Anthony Berini**_____
Deputy Clerk

**Allister R. Liao, Esq. S.B. # 255396**
**Law Offices of Allister R. Liao**
1900 S. Norfolk St., Suite 350
San Mateo, CA 94403
T. (415) 857-3855
F. (415) 952-9401
info@liaofirm.com

Attorneys for Plaintiff MICHAEL CHIN

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

(UNLIMITED JURISDICTION)

| | |
|---|---|
| MICHAEL CHIN, | Case No.: 25-CIV-05415 |
| Plaintiff, | **COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** |
| vs. | |
| AMAZON.COM SALES, INC.; MEEPO INTELLIGENCE LIMITED; and DOES 1-50, inclusive, | [Personal Injury<br>(1) Strict Products Liability;<br>(2) Negligent Products Liability;<br>(3) Breach of Express Warranty;<br>(4) Breach of Implied Warranty of Merchantability] |
| Defendants. | |

## GENERAL ALLEGATIONS

Plaintiff MICHAEL CHIN alleges generally against defendants AMAZON.COM SALES, INC.; MEEPO INTELLIGENCE LIMITED; and DOES 1-50:

1. The entirety of this complaint is pled upon information and belief and each allegation contained here is likely to have evidentiary support after a reasonable opportunity for further investigation or discovery.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

- 1 -



**Parties and Jurisdiction**

2. At all times herein mentioned plaintiff MICHAEL CHIN ("CHIN") was a resident of Foster City in the County of San Mateo, and was further domiciled in and a citizen of the State of California.

3. Plaintiffs are informed and believe and thereon allege that defendant AMAZON.COM SALES, INC. ("AMAZON") was a Delaware corporation with a principal address in Seattle Washington. AMAZON is an online retail platform, marketing, selling and delivering products throughout the world. Locally, AMAZON has physical presence in San Mateo County in that it operates (a) delivery stations where it processes packages for last-mile delivery to local customers, and (b) pickup locations where customers can pick-up and return AMAZON's packages. The electric skateboard at issue (Meepo Mini 5) was listed on AMAZON's online platform, ordered from said platform, and delivered by AMAZON to Plaintiff CHIN.

4. Plaintiffs are informed and believe and thereon allege that defendant MEEPO INTELLIGENCE LIMITED ("MEEPO") was a foreign corporation with its company registered in Hong Kong. MEEPO is a company engaged in the design, manufacturing and distribution of electric skateboards. The company operates globally under the "Meepo Board" brand. MEEPO has operations, including warehousing and customer support, in Boise, Idaho serving American customers. The product at issue in this matter was designed, manufactured and distributed by MEEPO, and is referred to as the Meepo Mini 5. MEEPO transacted with AMAZON such that the Meepo Mini 5 was listed for sale on AMAZON's online platform and delivered to Plaintiff CHIN after an order was placed.

5. The true names and capacities, whether individual, corporate, partnership, joint venture, or otherwise of defendants DOES 1-50, inclusive, are unknown to plaintiff who therefore sues defendants by such fictitious names.

6. Each of the defendants named herein as a DOE is legally responsible in some manner for the events and happenings herein referred to, and proximately and legally caused injury and damages thereby to plaintiff as herein alleged. Plaintiff prays leave to amend this complaint when their true names have been ascertained.

---



7. At all times herein mentioned, each of the defendants named herein as a DOE was an agent, servant, partner, employee, joint venturer, lessee and franchisee of each other defendant, and at all times was acting within the course and scope of said agency, service, partnership, employment, joint venture, lease and franchise.

8. At all times herein mentioned, each of the defendants named herein as a DOE was the successor-in-interest to each of the remaining defendants, and on that basis is liable for any act, omission, or product defect of the defendants alleged in this complaint.

9. Venue in this jurisdiction is proper under Code of Civil Procedure § 395 in that this is an action for injury to a person, and the injury occurred in this County.

**General Factual Allegations**

10. On or about April 2, 2023, Plaintiff CHIN ordered the Meepo Mini 5 on Defendant AMAZON's online marketplace. The Meepo Mini 5 was delivered by AMAZON to Plaintiff CHIN in Foster City, California.

11. The Meepo Mini 5 was designed, manufactured and distributed by Defendant MEEPO, and consists of two distinct components that wirelessly communicate with one another: (a) the electric skateboard and (b) wireless remote control. The wireless remote control engaged the electric motors on the Meepo Mini 5 via a thumbwheel and commanded the electric skateboard to accelerate, remain in neutral (i.e. rolling without electric assistance), or decelerate.

12. Plaintiff CHIN is not a beginner trying to learn how to skateboard. He has been skateboarding for over three decades and is comfortable and experienced with skateboards in general. Plaintiff CHIN was also experienced with snowboards and surfboards. Prior to purchasing the Meepo Mini 5 at issue in this matter, Plaintiff CHIN was experienced riding at least three other electric skateboards with similar setups (i.e. electric skateboard controlled by a wireless remote control). None of those other electric skateboards had ever malfunctioned in the manner that occurred in this incident.

13. On or about July 24, 2023, Plaintiff CHIN was riding the Meepo Mini 5 when he experienced a malfunction in that his releasing the thumbwheel on the remote control did not in fact disengage the electric motors on the electric skateboard. This malfunction caused Plaintiff

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

- 3 -

CHIN to fall and he sustained minor injuries. The malfunctioning of the Meepo Mini 5 was promptly reported to Defendant MEEPO who responded by instructing Plaintiff CHIN to reset the remote control and test the Meepo Mini 5 to determine if the issue was fixed.

14. Plaintiff CHIN followed Defendant MEEPO's instructions and reset the remote control and retested the Meepo Mini 5 at home. It appeared to Plaintiff CHIN that the Meepo Mini 5 was operating as usual after the reset, so he later tested it outside.

15. The incident that is the subject of this complaint took place on or about July 25, 2023 in Foster City, California. The Meepo Mini 5 was in a defective and dangerous condition in that it was improperly assembled, improperly inspected, defectively manufactured, defectively designed, and/or did not include sufficient instructions/warnings. Plaintiff CHIN was using the Meepo Mini 5 when the device malfunctioned in that releasing the acceleration thumbwheel did not disengage the electric motors on the electric skateboard. At the time of malfunction, Plaintiff CHIN had committed to a turn and the unexpected malfunction caused him to fall to the pavement and sustain a fractured right upper extremity among other injuries. After the Meepo Mini 5 crashed, the wheels were still moving (electric motors engaged) without any input from the wireless remote which was still tethered to plaintiff CHIN's wrist.

16. As a direct and proximate legal result of the negligence, carelessness, recklessness, and unlawfulness of defendants, and each of them, plaintiff sustained personal injuries, emotional distress, pain and suffering, disfigurement all to his general damage in excess of the minimum jurisdictional amount of the Superior Court (Unlimited Jurisdiction).

17. As a direct and proximate legal result of the negligence, carelessness, recklessness, and unlawfulness of defendants, and each of them, plaintiff has necessarily incurred liability from medical aid and attention, hospitalization, x-rays, nursing care and drugs for the proper care and treatment of her said personal injuries, and plaintiff will continue to incur such liability for an indefinite time in the future, all to his special damages in amounts presently not ascertained, and plaintiff prays leave that when said amounts are ascertained, he may be permitted to amend this complaint to insert the same herein with appropriate allegations.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL



18. As a direct and proximate legal result of the negligence, carelessness, recklessness, and unlawfulness of defendants, and each of them, plaintiff has necessarily incurred loss of income, loss of earning capacity, loss of household services, and plaintiff will continue to incur such losses for an indefinite time in the future, all to his special damages in amounts presently not ascertained, and plaintiff prays leave that when said amounts are ascertained, he may be permitted to amend this complaint to insert the same herein with appropriate allegations.

## FIRST CAUSE OF ACTION

## [STRICT PRODUCTS LIABILITY]

Plaintiff CHIN as and for a first cause of action, alleges against defendants AMAZON, MEEPO, DOES 1-50, and each of them (collectively "DEFENDANTS"):

19. Plaintiff incorporates by reference paragraphs 1 through 16 above, as though fully set forth here.

20. DEFENDANTS, and each of them designed, manufactured, distributed, and/or sold the Meepo Mini 5 to Plaintiff CHIN.

21. The Meepo Mini 5 contained manufacturing defect(s), was defectively designed, and/or did not include sufficient instructions/warnings. The Meepo Mini 5 contained the defect(s) when it left DEFENDANTS, and each of their possession without substantial alteration in the condition in which the Meepo Mini 5 was sold.

22. The Meepo Mini 5 did not perform as safely as an ordinary consumer would have expected it to perform when used in an intended or reasonably foreseeable way. In particular, the Meepo Mini 5 malfunctioned when Plaintiff CHIN released the thumbwheel on the remote control and the electric motors on the electric skateboard did not in fact disengage.

23. As a direct and proximate legal result of the aforementioned defect(s) in DEFENDANTS, and each of their, product (Meepo Mini 5), plaintiff sustained severe personal injuries, emotional distress, pain and suffering, and loss as more fully set forth above.

As a result, plaintiff requests judgment against DEFENDANTS, and each of them, as set forth below.



COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

## SECOND CAUSE OF ACTION

## [NEGLIGENT PRODUCTS LIABILITY]

Plaintiff CHIN as and for a second cause of action, alleges against DEFENDANTS, and each of them:

24. Plaintiff incorporates by reference paragraphs 1 through 23 above, as though fully set forth here.

25. DEFENDANTS, and each of them designed, manufactured, supplied, installed, inspected, repaired, distributed, and/or sold the Meepo Mini 5 to Plaintiff CHIN.

26. DEFENDANTS, and each of them was negligent in designing, manufacturing, supplying, installing, inspecting, and/or repairing the Meepo Mini 5.

27. As a direct and proximate legal result of DEFENDANTS, and each of their, aforementioned negligence, plaintiff sustained severe personal injuries, emotional distress, pain and suffering, and loss as more fully set forth above.

As a result, plaintiff requests judgment against DEFENDANTS, and each of them, as set forth below.

## THIRD CAUSE OF ACTION

## [BREACH OF EXPRESS WARRANTY]

Plaintiff CHIN as and for a third cause of action, alleges against DEFENDANTS, and each of them:

28. Plaintiff hereby incorporates by reference paragraphs 1 through 27 above, as though fully set forth here.

29. The sale of the Meepo Mini 5 by DEFENDANTS, and each of them, was accompanied by an express warranty, including but not limited to written warranty booklet, website warranty policy, online remote control manual, and website product description.

30. DEFENDANTS, and each of them, expressly warranted, among other things, that the product would be free from defects in materials and worksmanship and would function as promised for not less than 6-months from date of delivery.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

- 6 -

31. Plaintiff CHIN relied on the express warranties in purchasing the Meepo Mini 5, which became the basis of the bargain. The malfunction of the Meepo Mini 5 occurred within the 6-month express warranty period.

32. Despite the express warranties, the Meepo Mini 5 contained manufacturing defect(s), was defectively designed, and/or did not include sufficient instructions/warnings resulting in the malfunction on or about July 25, 2023. In particular, the Meepo Mini 5 malfunctioned when Plaintiff CHIN released the thumbwheel on the remote control and the electric motors on the electric skateboard did not in fact disengage.

33. As a direct and proximate legal result of said breach of express warranties, DEFENDANTS, and each of them, caused plaintiff to sustain severe personal injuries, emotional distress, pain and suffering, and loss as more fully set forth above

As a result, plaintiff requests judgment against DEFENDANTS, and each of them, as set forth below.

## FOURTH CAUSE OF ACTION

### [BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY]

Plaintiff CHIN as and for a fourth cause of action, alleges against DEFENDANTS, and each of them:

34. Plaintiff hereby incorporates by reference paragraphs 1 through 33 above, as though fully set forth here.

35. DEFENDANTS, and each of them, is an entity in the business of designing, manufacturing, distributing, and/or selling electric skateboards such as the Meepo Mini 5 purchased in this matter. An implied warranty of merchantability arose as part of the sale.

36. Plaintiff CHIN purchased the Meepo Mini 5 for the ordinary and intended use of using the electric skateboard to ride on both public and private roadways. The Meepo Mini 5 at issue in this matter was not of the same quality as generally accepted in the trade, was not fit for the ordinary purposes for which such goods are sued, and/or did not meet the quality standards specified in the industry. Specifically, the Meepo Mini 5 was defective in that it malfunctioned on or about July 25, 2023. In particular, the Meepo Mini 5 malfunctioned when Plaintiff CHIN

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

- 7 -

released the thumbwheel on the remote control and the electric motors on the electric skateboard did not in fact disengage.

37. As a direct and proximate legal result of said breach of implied warranties, DEFENDANTS, and each of them, caused plaintiff to sustain severe personal injuries, emotional distress, pain and suffering, and loss as more fully set forth above

As a result, plaintiff requests judgment against DEFENDANTS, and each of them, as set forth below.

WHEREFORE, Plaintiff MICHAEL CHIN prays for judgment against all defendants, and each of them, as follows:

1. For economic damages (special damages) according to proof at trial;

2. For non-economic damages (general damages) according to proof at trial;

3. For costs of suit herein;

4. For pre-judgment interest as provided by law;

5. For post-judgment interest as provided by law; and

6. For such further relief as the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff MICHAEL CHIN hereby demands a jury trial on each and all of the causes of action set forth in this Complaint.

Dated: July 18, 2025                    LAW OFFICES OF ALLISTER R. LIAO

By: _____
Allister R. Liao
Attorney for Plaintiff
MICHAEL CHIN



COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL



| | |
|---|---|
| **SUPERIOR COURT OF SAN MATEO COUNTY**<br>Civil Division<br>400 County Center, 1st Floor, Room A<br>Redwood City, CA 94063<br>(650) 261-5100<br>www.sanmateo.courts.ca.gov | FOR COURT USE ONLY<br><br>**FILED**<br>**SAN MATEO COUNTY**<br>7/18/2025<br>**Clerk of the Superior Court**<br>/s/ Anthony Berini<br>DEPUTY CLERK |
| PETITIONER/PLAINTIFF:  **MICHAEL CHIN** | |
| RESPONDENT/DEFENDANT:  **AMAZON.COM SALES, INC.; MEEPO INTELLIGENCE LIMITED** | |
| **NOTICE OF ASSIGNMENT FOR ALL PURPOSES (CIVIL) AND NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>**25-CIV-05415** |

By order of the Presiding Judge pursuant to San Mateo County Superior Court Local Rule 3.200(a) the above entitled matter is assigned for all purposes to: **Judge Nancy L. Fineman** in **Department 4**.

### An Initial Case Management Conference is set before the Case Management Judicial Officer (and not with the assigned Judge), as follows:
### DATE: 12/17/2025
### TIME: 9:00 AM

### LOCATION: 800 North Humboldt Street, San Mateo, CA 94401

REMOTE APPEARANCES ARE STRONGLY ENCOURAGED.  Please visit our website for information on remote appearances and use the Case Management Judicial Officer's Credentials:
https://www.sanmateo.courts.ca.gov/divisions/civil/civil-department-judges/civil-commissioner

---

ZOOM HEARING CREDENTIALS – CASE MANAGEMENT JUDICIAL OFFICER

Direct Zoom Link to Courtroom H can be found on the Case Management Judicial Officer's Webpage above.

**Dial in:**
Phone Number: +1 (669) 254-5252
Meeting ID: 161 510 6013
Password: 987732

---

CASE MANAGEMENT CONFERENCE INFORMATION

You are hereby given notice of your Initial Case Management Conference.  The date, time and department are noted above.

1.  In accordance with applicable California Rules of the Court and Local Rules, you are hereby ordered to:
    a) Serve all named defendants and file proofs of service on those defendants with the court within 60-days of filing the complaint (CRC 3.110(b); Local Rule 3.804).
    b) Serve a copy of this Notice, blank form of the Case Management Statement and ADR Information Package on all named parties in this action (Local Rule 3.804(a)). Documents are available online under the CIVIL CMC Packet section at: www.sanmateo.courts.ca.gov/civil
    c) File and serve a completed Case Management Statement at least 15 days before the Case Management Conference (CRC 3.725; Local Rule 3.805(c)).  Failure to do so may result in monetary sanctions or the continuance of the CMC.

Rev. November 2024

d) Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 days before the date set for the Case Management Conference (Local Rule 3.805(b)).

2. Parties may proceed to an Appropriate Dispute Resolution process ("ADR") by filing a *Stipulation and Order to ADR* (Local Form ADR-CV-1). File and serve the completed *Stipulation and Order to* ADR form at least 12 days prior to the Case Management Conference (Local Rule 3.805(f)). You may find this form and information regarding the Civil ADR Program online at www.sanmateo.courts.ca.gov/adr/civil/

For additional information, you may visit the Judicial officer's webpage at: www.sanmateo.courts.ca.gov/civiljudges

---

**ASSIGNED DEPARTMENT INFORMATION**

To schedule a Law and Motion Hearing, please see Local Rule 3.402, or visit the assigned Judicial Officer's webpage at: www.sanmateo.courts.ca.gov/civiljudges.

Contact information for your assigned department is as follows:

| Judicial Officer | Department Phone | Department E-mail |
|---|---|---|
| Nancy L. Fineman | 650-261-5104 | Dept4@sanmateocourt.org |

For additional information, you may visit the Judicial officer's webpage at: www.sanmateo.courts.ca.gov/civiljudges

---

### CLERK'S CERTIFICATE OF SERVICE

I hereby certify that I am the clerk of this Court, not a party to this cause; that I served a copy of this notice on the below date, by electronic service to the parties or their counsel of record at the email addresses set forth below and shown by the records of this court, or, if a physical mailing address is present below, by placing the document(s) in an envelope for collection and mailing, following the Court's ordinary business practices for collecting and processing correspondence for mailing. On the same day the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

Date: 7/18/2025                                        Chad L Peace, Court Executive Officer/Clerk

By:    /s/ Anthony Berini
       Anthony Berini, Deputy Clerk

**Copies served to:**

ALLISTER R. LIAO
allister@liaofirm.com

Rev. November 2024

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
AMAZON.COM SALES, INC.; MEEPO INTELLIGENCE LIMITED; and DOES 1-50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
MICHAEL CHIN

| FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|
| **Electronically**<br>**FILED**<br>by Superior Court of California, County of San Mateo<br>ON    7/18/2025<br>By    **/s/ Anthony Berini**<br>**Deputy Clerk** |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | CASE NUMBER:<br>(Número del Caso): |
|---|---|
| The name and address of the court is:<br>(El nombre y dirección de la corte es): San Mateo County Superior Court<br><br>400 County Center, Redwood City, CA 94063 | **25-CIV-05415** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Law Office of Allister R. Liao, P.C., 1900 S Norfolk, #350, San Mateo, CA 94403, t. 415-857-3855

| DATE: 07/18/2025<br>(Fecha) | Chad L. Peace | Clerk, by<br>(Secretario) | /s/ Anthony Berini | , Deputy<br>(Adjunto) |
|---|---|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☑ on behalf of (specify): AMAZON.COM SALES, INC.
   under: ☑ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☐ other (specify):
4. ☑ by personal delivery on (date): 11/25/25

Page 1 of 1

Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov