**Allister R. Liao, Esq. S.B. # 255396**
**Law Office of Allister R. Liao, P.C.**
1900 S. Norfolk St., Suite 350
San Mateo, CA 94403
T. (415) 857-3855
F. (415) 952-9401
info@liaofirm.com

Attorneys for Plaintiff
MICHAEL CHIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHIN,<br><br>            Plaintiff,<br><br>     vs.<br><br>AMAZON.COM SALES, INC.; MEEPO INTELLIGENCE LIMITED; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No.: 4:25-CV-10792<br><br>**ORDER TO FILE AMENDED COMPLAINT** |

The Court, having considered the Stipulation to File Amended Complaint, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1.  Plaintiff's request for leave to file a First Amended Complaint is GRANTED.

2.  Plaintiff shall file the First Amended Complaint, which was attached as Exhibit A to the Stipulation, as a separate entry on the Court's electronic docket within three business days of the date of this Order.

ORDER TO FILE AMENDED COMPLAINT

- 1 -

3. The First Amended Complaint is deemed served as of the date of its filing upon all parties who have already appeared in this action.

4. For any defendants who have not yet appeared in this action, Plaintiff shall serve the First Amended Complaint in accordance with Federal Rule of Civil Procedure 4.

IT IS SO ORDERED.

Dated:   1/20/2026                    By: _____
                                      Hon. Haywood S. Gilliam, Jr.
                                      United States District Judge

ORDER TO FILE AMENDED COMPLAINT